**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 749 MAL 2018

            Respondent            :

                                :    Petition for Allowance of Appeal from
                                :    the Order of the Superior Court

            v.                        :

                                :

RANDY EUGENE VANDERPOOL,       :

                                :

            Petitioner             :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.